U.S. COURTS

AUG 1 4 2024

Rcvd______Filed______Time______
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
CHRISTOPHER A. BOOKER, IDAHO STATE BAR NO. 7672
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR ALEJANDRO PEREZ-GOMEZ,<br>PATRICK DELACRUZ,<br>LEONARDO ESPINOZA-ROMERO,<br>[redacted]<br><br>Defendants. | Case No. 1:24-cr-00155-AKB<br><br>**SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 2<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), 846, and 853 |

The Grand Jury charges:

**COUNT ONE**

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C), and 846**

Beginning on or about January 1, 2023, and continuing to on or about June 12, 2024, in the District of Idaho and elsewhere, the Defendants OSCAR ALEJANDRO PEREZ-GOMEZ, PATRICK DELACRUZ, LEONARDO ESPINOZA-ROMERO, [redacted], and [redacted] did knowingly and intentionally combine, conspire,

confederate and agree with each other and with other individuals known and unknown to the Grand Jury, to distribute:

1. 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine (OSCAR ALEJANDRO PEREZ-GOMEZ, PATRICK DELACRUZ, and LEONARDO ESPINOZA-ROMERO), a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1), (b)(1)(A), and 846; and

2. Any quantity of a mixture and substance containing a detectable amount of methamphetamine ([redacted], and [redacted]), a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1), (b)(1)(C), and 846.

**COUNT TWO**

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about September 5, 2023, in the District of Idaho, the Defendant, OSCAR ALEJANDRO PEREZ-GOMEZ, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

**COUNT THREE**

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about October 26, 2023, in the District of Idaho, the Defendant, OSCAR ALEJANDRO PEREZ-GOMEZ, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

**COUNT FOUR**

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about November 2, 2023, in the District of Idaho, the Defendant, OSCAR ALEJANDRO PEREZ-GOMEZ, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

**COUNT FIVE**

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about November 30, 2023, in the District of Idaho, the Defendant, OSCAR ALEJANDRO PEREZ-GOMEZ, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

**COUNT SIX**

**Distribution of Methamphetamine**
**18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about March 23, 2024, the Defendant OSCAR ALEJANDRO PEREZ-GOMEZ, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and did

aid and abet the same, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT SEVEN

**Possession with Intent to Distribute Methamphetamine and Cocaine**
**21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C)**

On or about March 23, 2024, in the District of Idaho, the Defendant, [redacted], did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT EIGHT

**Possession with Intent to Distribute Methamphetamine**
**18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) and (b)(1)(A)**

On or about June 12, 2024, in the District of Idaho, the Defendants, OSCAR ALEJANDRO PEREZ-GOMEZ, PATRICK DELACRUZ, and LEONARDO ESPINOZA-ROMERO, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

//

//

//

## COUNT NINE

**Use of a Communication Facility to Commit or Facilitate a Felony**
**21 U.S.C. § 843(b)**

Between on or about May 15, 2024, to May 26, 2024, in the District of Idaho and elsewhere, the Defendant [redacted], did knowingly and intentionally use any communication facility, specifically a cellular telephone, in facilitating the commission of acts constituting a felony under Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846, that is, conspiracy to distribute methamphetamine, as charged in Count One, all in violation of Title 21, United States Code, Section 843(b).

## CRIMINAL FORFEITURE ALLEGATION

**Drug Forfeiture**
**21 U.S.C. § 853**

Upon conviction of the offense alleged in this Indictment, the Defendants, OSCAR ALEJANDRO PEREZ-GOMEZ, PATRICK DELACRUZ, LEONARDO ESPINOZA-ROMERO, [redacted], shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said Defendants obtained directly or indirectly as a result of the foregoing offense; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. Unrecovered Cash Proceeds and/or Facilitating Property. The Defendants obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the Defendants used to facilitate the offense, but

based upon actions of the Defendants, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, or "any other property of the defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 14th day of August, 2024.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

CHRISTOPHER A. BOOKER
FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEYS