Nicole Owens
Federal Public Defender
Melissa Winberg
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Oscar Alejandro Perez-Gomez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable Amanda K. Brailsford

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Oscar Alejandro Perez-Gomez<br><br>Defendant | No. CR24-00155-S-AKB<br><br>**Motion to Withdraw and Appoint Substitute Counsel** |

Melissa Winberg, for the Federal Defender Services of Idaho, hereby moves this honorable Court, pursuant to Local Criminal Rule 44.1(b), to permit counsel to withdraw from further representation of Mr. Perez-Gomez in this case. The Federal Defenders further move for immediate appointment of substitute counsel to take over the representation of Mr. Perez-Gomez. Defense counsel maintains that she has a conflict of interest that prevents her from providing Mr. Perez-Gomez with effective representation. This conflict requires counsel to remove herself from further representation and to seek immediate appointment of new counsel for Mr. Perez-Gomez. The factual basis for this request is set forth in defense counsel's affidavit, which is being filed separately, under seal.

Accordingly, the Federal Defenders respectfully requests to withdraw from the case and for appointment of substitute counsel for Mr. Perez-Gomez at the earliest possible opportunity.

Dated: October 21, 2025

Nicole Owens
Federal Public Defender
By:

/s/ Melissa Winberg
Melissa Winberg
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Oscar Alejandro Perez-Gomez

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

Christopher Booker, Assistant U.S. Attorney
Ryan Lesmeister, U.S. Probation Officer

Dated: October 21, 2025 /s/ Joy Fish
Joy Fish