<u>CRIMINAL PROCEEDINGS</u> – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Amanda K. Brailsford　　　　　　　Date: April 7, 2026
Case No. 1:24-cr-155-AKB　　　　　　　　Deputy Clerk: Sunny Trumbull
Place: Boise, ID　　　　　　　　　　　　Reporter: Tiffany Fisher
　　　　　　　　　　　　　　　　　　　　Time: 11:23 a.m. – 12:22 p.m.

**UNITED STATES OF AMERICA vs. OSCAR ALEJANDRO PEREZ-GOMEZ**

Probation Officer: Ryan Lesmeister
Counsel for the United States: Chris Booker
Counsel for the Defendant: Richard Eppink

(☒) Court reviewed case history. The Court granted the unopposed motion to submit supplemental sentencing memorandum (re docket nos. 235, 254 and 255).
(☒) Defendant previously entered a plea of GUILTY to Count 1 of the Superseding Indictment and agreed to the forfeiture.
(☒) Government moved to dismiss counts 2-6 and 8. GRANTED.

**Total combined offense level 39. Criminal history category 6. Guideline range of 360 months to life.[1]**

(☒) Counsel presented argument on the defendant's objection to the Presentence Report. The Court accepted the Presentence report as its own findings, with the considerations as stated on the record. Probation to submit evaluations with the presentence report (dkt. 256) with the amendments as stated on the record.
(☒) Court granted the Government's oral motion of 3-level reduction for acceptance of responsibility.
(☒) Counsel made sentencing recommendations to the Court.
(☒) Defendant made statements on his own behalf.
(☒) Court addressed the 3553(a) factors.

**SENTENCE**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 292 months.

It is further ordered that the defendant shall pay to the United States a $100 special assessment. The fine in this matter is waived.

---

[1] As noted in the sentencing recommendation. (Dkt. 257)

While all monetary penalties are due and payable immediately, having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $50 per month.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the revised sentencing recommendation (Dkt. 257) and judgment in this criminal case, to be filed by this Court.

(⊠) Defendant advised of penalties for violation of terms and conditions of supervised release.
(⊠) Right to appeal explained.
(⊠) The property identified in the plea agreement is deemed forfeited.
(⊠) The Court recommended the defendant receive credit for time served in federal custody.
(⊠) It is recommended that the defendant participate in the RDAP Co-Occurring Diagnosis Program, mental health treatment, and any other available treatment while incarcerated, and that he be housed in the facility at USP Tucson.
(⊠) Defendant remanded to the custody of USMS.