**Richard Eppink** (ISB No. 7503)
ritchie@wrest.coop
**WREST COLLECTIVE**
P.O. Box 102
Boise, Idaho 83701
208-371-9752 (phone)

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 1:24-cr-00155-AKB |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| **OSCAR ALEJANDRO PEREZ-GOMEZ**, et al., | |
| Defendant. | |

TAKE NOTICE that Oscar Alejandro Perez-Gomez, a defendant in this case, appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence entered on April 7, 2026 (Dkt. 262).

Dated: April 16, 2026

/s/ *Richard Eppink*
Richard Eppink

Attorney for Defendant

1